AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Doug Chambers

V.

CVS Pharmacy, Inc. et al

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09cv419-JAH(AJB)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that defendant's motion to dismiss is granted, and the action dismissed without prejudice, for lack of subject matter jurisdiction..................................................................................................................
....................................................................................................................................................

| August 19, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON August 19, 2009 |

09cv419-JAH(AJB)